UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Forward Financing LLC**,  Civil Action 17-10808-MLW
*Plaintiff(s)*

v.

**Boerson Farms Inc., Dennis Boersen and Stacey Boersen**,
*Defendant(s)*

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), **Forward Financing LLC**, for an order of Default for failure of the Defendant(s), **Boerson Farms Inc., Dennis Boersen and Stacey Boerson**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that Defendant(s), **Boerson Farms Inc., Dennis Boersen and Stacey Boerson**, have been defaulted this 8th day of December, 2017.

ROBERT FARRELL, CLERK

By:   /s/ Christine M. Bono
           Deputy Clerk

Notice mailed to:
Boerson Farms Inc.
Dennis Boersen
Stacey Boerson