UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Forward Financing LLC**,

*Plaintiff,*

vs.

Boersen Farms Inc,
*d/b/a* Boersen Farms,
Dennis Boersen,
*and* Stacey Boersen
*Defendants*.

C.A. No. 1:17−CV−10808−MLW

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW comes Plaintiff Forward Financing LLC and hereby requests the Clerk of this Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, to enter a default judgment against Defendants Boersen Farms Inc, Dennis Boersen, and Stacey Boersen. In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

Kim Emerling, BBO#675974
FORWARD FINANCING LLC
36 Bromfield Street, Ste. 210
Boston, MA 02108
T: 617.918-7048
F: 617.918-7408
kemerling@forwardfinancing.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that paper copies of this document and the accompanying affidavit filed through the ECF system will be sent via regular mail on this <u>13th</u> day of December 2017 to defendant's last known address.

                                                    _____
                                                    Kim Emerling